## Estate upon Condition.

GILES v. LITTLE. In error to the circuit court of the United States for the district of Nebraska. This was an action brought for the recovery of a lot of land in the city of Lincoln. The contention of the plaintiff in error is that the wife of deceased took an estate for life, subject to be determined in case she contracted another marriage, with remainder to heirs of deceased, and that the power of disposal conferred on her by will was co-extensive with the estate she took; that is, that power was granted to her to dispose of her life estate, and consequently the estate conferred by her determined upon her marriage. The case was determined in the United States supreme court, at the October term, 1881; Mr. Justice *Woods* delivering the opinion of the court reversing the judgment of the circuit court, and remanding the cause with directions to proceed in conformity with the opinion.

Where a testator devises and bequeaths all the property of which he should die seized to his wife, with full power to dispose of the same so long as she shall remain a widow, upon the express condition " that if she shall marry again, then it is my will that all of the estate herein bequeathed, or whatever may remain, shall go to my surviving children, share and share alike:" *held*,

that the widow took a life estate, subject to be divested upon her ceasing to be a widow, with power to convey the life estate only.

Cases cited in the opinion: Bradly v. Wescott, 13 Ves. Jr. 445; Smith v. Bell, 6 Pet. 68; Boyd v. Strahan, 36 Ill. 355; Clarke v. Boorman, 18 Wall. 493; Green v. Hewitt, 12 Cent. Law J. 58; Brant v. Virginia Coal & Iron Co. 93 U. S. 326.